UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

390-400 METACOM AVENUE, LLC

       v.                                              C.A. NO. 16-238 ML

JOHN EASTERN COMPANY, INC. and
LOYDS OF LONDON

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss (Docket #3).  Although Plaintiff requested and was granted additional time to file its response to the Motion, none has been filed.  The Court, therefore, treats the Motion as unopposed.

The Motion to Dismiss is GRANTED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
September 30, 2016