UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| 390-400 METACOM AVENUE, LLC,<br><br>Plaintiff<br><br>v.<br><br><br><br>JOHN EASTERN COMPANY, INC.<br>and LOYDS OF LONDON,<br><br>Defendants | C.A. No.: 1:16-cv-238 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties and stipulate that this action shall be dismissed, with prejudice, with each party to bear its own fees and costs, and all rights of appeal waived.


Respectfully submitted,

Plaintiff,

390-400 METACOM AVENUE, LLC,


By its attorneys,

/s/ Karen A. Alegria
Karen A. Alegria, RI Bar # 6562
karen@briancunha.com
Brian Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720
Telephone:  508.675.9500

Respectfully submitted,

Defendants,
JOHNS EASTERN COMPANY, INC., AND
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,
By their attorneys,

 /s/ Kara Thorvaldsen
Kara Thorvaldsen, RI Bar# 7241
Kara.Thorvaldsen@WilsonElser.com
WILSON ELSER LLP
260 Franklin Street – 14th Floor
Boston, MA 02110-3112
Telephone:  617.422.5300

1

1175392v.1

## **CERTIFICATE OF SERVICE**

I, Kara Thorvaldsen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on this date as follows:

Karen Alegria, karen@briancunha.com

I am not aware of any parties who are not registered participants.

/s/ Kara Thorvaldsen
Kara Thorvaldsen